This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42388**

**RONALD FENN,**

Petitioner-Appellant,

v.

**CITY COMMISSION, CITY OF
TRUTH OR CONSEQUENCES,
a New Mexico Municipality,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SIERRA COUNTY
Shannon Murdock-Poff, District Court Judge**

Ronald Fenn
Truth or Consequences, NM

Pro Se Appellant

Jamie F. Rubin
Truth or Consequences, NM

for Appellee

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. Appellee has filed a notice of no intent to oppose the disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**ZACHARY A. IVES, Judge**